1  **LAW OFFICES OF CAMERON W. ROBERTS**
   **CAMERON W. ROBERTS - SBN 176682**
2  5777 West Century Boulevard, Suite 1401
   Los Angeles, California 90045
3  Telephone: (310) 642-9800
   Facsimile: (310) 868-2923
4

5

6

7                                                    *E-FILED - 1/22/07*

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 CONTINENTAL INSURANCE COMPANY, ) Case No.: C06-4256 RMW
   a South Carolina corporation, )
12 and APPLE COMPUTER, INC., a    ) **ORDER GRANTING**
   California corporation         ) **SUBSTITUTION OF COUNSEL**
13                                )
                                  )
14         Plaintiffs,             )
                                  )
15    vs.                         )
                                  )
16                                )
   UIT, UNITED STATES, INC., a New)
17 York corporation; CUSTOM AIR   )
   TRUCKING, INC., a California   )
18 corporation; FUTURA            )
   ENTERPRISES, INC., a California)
19 corporation; RUBEN FRANCISCO,  )
   individually and doing business)
20 as LIGHTNING SERVICES; and DOES)
   1 through 100, inclusive,      )
21                                )
22         Defendants             )
   _____)
23                                )
                                  )
24 AND RELATED CROSS ACTIONS      )
   _____)
25

26     Defendant CUSTOM AIR TRUCKING, INC. hereby substitutes THE

27 LAW OFFICES OF CAMERON W. ROBERTS as their attorneys of record

28

---

SUBSTITUTION OF COUNSEL
1

```
 1  in the place and instead of THE LAW OFFICES OF COUNTRYMAN &
 2  McDANIEL.
 3
 4  I consent to the above substitution.
 5  DATED: November 7, 2006
 6
 7                     By: _____
                            Bill Cathcart
 8                          Chief Financial Officer
                            Custom Air Trucking, Inc.
 9
10
    I consent to the above substitution.
11
    DATED: November 7, 2006
12
13
                       By: _____
14                          Cameron W. Roberts
                            Attorneys for Defendant
15                          Custom Air Trucking, Inc.
16
17  I consent to the above substitution.
18  DATED: November _, 2006
19
20                     By: _____
                            Michael S. McDaniel
21                          Former Attorneys for Defendant
                            Custom Air Trucking, Inc.
22
23
24      IT IS ORDERED.
25
26
27  Dated: _____        _____
                                    United States District Court Judge
28
```

SUBSTITUTION OF COUNSEL
2

```
 1  in the place and instead of THE LAW OFFICES OF COUNTRYMAN &
 2  McDANIEL.
 3
 4  I consent to the above substitution.
 5  DATED: November 7, 2006
 6
 7                        By: _____
                               Bill Cathcart
 8                             Chief Financial Officer
                               Custom Air Trucking, Inc.
 9
10
    I consent to the above substitution.
11
    DATED: November 7, 2006
12
13
14                        By: _____
                               Cameron W. Roberts
15                             Attorneys for Defendant
                               Custom Air Trucking, Inc.
16
17  I consent to the above substitution.
18  DATED: December 15, 2006
19
20                        By: _____
                               Andrew D. Kehagiaras
21                             Former Attorneys for Defendant
                               Custom Air Trucking, Inc.
22
23
24      IT IS ORDERED.
25
26
27  Dated:  1/22/07              _____
                                     Ronald M. Whyte
28                                United States District Court Judge
```

---

SUBSTITUTION OF COUNSEL
2