| | |
|---|---|
| 1 | ADAM C. BROWN (SBN 161951) |
| | JANET K. HAINES (SBN 272374) |
| 2 | **BROWN & ASSOCIATES** |
| | **A Professional Law Corporation** |
| 3 | 11140 Fair Oaks Boulevard, Suite 100 |
| | Fair Oaks, CA 95628 |
| 4 | Telephone:   (916) 859-4910 |
| | Facsimile:   (916) 859-4911 |
| 5 | |
| 6 | Attorneys for Plaintiffs |
| | CONTINENTAL INSURANCE COMPANY and |
| | APPLE COMPUTER, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          ***E-FILED - 6/28/07***

| | | |
|---|---|---|
| 12 | CONTINENTAL INSURANCE COMPANY, ) | CASE NO.  C 06-04256 RMW |
| 13 | a South Carolina corporation, and APPLE ) COMPUTER, INC., a California corporation, ) | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| 14 | Plaintiffs, ) | |
| 15 | v. ) | |
| 16 | UTI, UNITED STATES, INC., a New York ) corporation; CUSTOM AIR TRUCKING, ) | |
| 17 | INC., a California corporation; FUTURA ) ENTERPRISES, INC., a California ) | |
| 18 | corporation; RUBEN FRANCISCO, ) individually and doing business as ) | |
| 19 | LIGHTNING SERVICES; and DOES 1 ) through 100, inclusive, ) | |
| 20 | ) Defendants. ) | |
| 21 | _____) | |
| 22 | AND RELATED CROSS-CLAIMS ) _____) | |

TO ALL PARTIES AND THEIR ATTORNEY S OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs Continental Insurance Company and Apple Computer, Inc., through their designated counsel and Defendants, through their designated counsel, that the above-captioned action,

1

**STIPULATION OF DISMISSAL AND ORDER THEREON**

including Plaintiffs Complaint, in their entirety, be dismissed with prejudice pursuant to FRCP 41(a)(1).  All sides agree to bear their own costs.

Date: May 23, 2007                                    BROWN & ASSOCIATES, PLC


                                                      By:      /s/ Adam C. Brown
                                                         ADAM C. BROWN
                                                         Attorneys for Plaintiffs
                                                         CONTINENTAL INSURANCE
                                                         COMPANY and APPLE COMPUTER, INC

Date: May 23, 2007                                    FORGIE & LEONARD, LLP


                                                      By:      /s/ Arthur A. Leonard
                                                         ARTHUR A. LEONARD
                                                         Attorneys for Defendant
                                                         UTi, UNITED STATES, INC.

Date: May 23, 2007                                    COUNTRYMAN & McDANIEL


                                                      By      /s/ Cameron W. Roberts
                                                         CAMERON W. ROBERTS
                                                         Attorneys for Defendant
                                                         CUSTOM AIR TRUCKING, INC.

Date: May 23, 2007


                                                      By      /s/ Miles L. Kavaller
                                                         MILES L. KAVALLER
                                                         Attorneys for Defendant
                                                         FUTURA ENTERPRISES, INC.

IT IS SO ORDERED:

Date: __6/28_____, 2007

                                                      _____
                                                      HONORABLE RONALD M. WHYTE

---

2

**STIPULATION OF DISMISSAL AND ORDER THEREON**